CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 3 2010

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COREY B. THORPE, | ) |
| Plaintiff, | ) Case No. 7:09CV00045 |
| v. | ) FINAL ORDER |
| OFFICER HILLMAN, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Defendants' motion to dismiss on the ground that plaintiff failed to sue them in their individual capacities is **DENIED**;

2. Defendants' motion for summary judgment on the ground of qualified immunity is **GRANTED**; and

3. This civil action is stricken from the active docket of the court.

ENTER: This 3rd day of February, 2010.

_____
United States District Judge